IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RAYMOND WALLACE                                                                    PLAINTIFF

V.                                    NO. 5:03CV00199-JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 3rd day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE